UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA

        Plaintiff,

v.

                                          No.    1:25-CR-00258-MLG

THOMAS J. CLEAR III.
        Defendant.

**STIPULATED MOTION TO CONTINUE STATUS CONFERENCE ON MAY 20, 2026**

COMES NOW Thomas J. Clear, III, by and through Thomas M. Clark, Esq. and hereby moves this Court for an order continuing the status conference currently scheduled for May 20, 2026, at 2:00 p.m. In support of the motion, the Defendant states as follows:

1. Counsel for the Defendant is scheduled to undergo a medically necessary procedure on May 21, 2026;

2. In preparation for said procedure, counsel is required to begin medically mandated preparatory treatment beginning at approximately 12:00 p.m. on May 20, 2026;

3. Due to the nature and effects of the required preparation process, counsel will be unable to attend the scheduled hearing;

4. Substantial discovery is still being produced by the government;

5. This request is made in good faith and not for purposes of delay;

6. The parties are requesting a thirty (30) day continuance and reset of this status hearing;

7. AUSA Shana Long was contacted prior to the filing of this motion and stipulates to this continuance.

WHEREFORE, Defendant respectfully requests that the Court continue the Status Hearing presently scheduled for May 20, 2026, at 2:00 p.m. and rest this matter for thirty (30) days or at

1

a later date convenient for the court with such other and further relief as the Court deems just and proper.

Respectfully submitted,

Clark & Ruyle, LLC

Thomas M. Clark
Attorney for Defendant
432 Galisteo St.
Santa Fe, NM 87501
(505) 820-1825

I hereby certify that on this _19_ day of May 2026, I filed the foregoing pleading electronically Through the CM/CF System, which caused counsel of record for the United States, to be served with a copy of this pleading by electronic means.

Thomas M. Clark